IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORENO BADDIE,

      Petitioner,                    No. CIV. S-07-0345 GEB DAD P

   vs.

D.K. SISTO, et al.,

      Respondents.              ORDER

_____/

      Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion for default judgment and sanctions, claiming that respondents have failed to file a timely answer to his petition. Respondents have filed an opposition.

      On March 19, 2007, the court directed respondents to file a response to petitioner's application for a writ of habeas corpus. Petitioner contends that respondents' failure to file an answer entitles him to a default judgment. Generally, petitioner is not entitled to a default judgment for the failure to respond to claims raised in a petition for habeas corpus. See Gordon v. Duran, 895 F.2d 610, 612 (9th Cir. 1990). In addition, respondents filed a timely answer to the petition with the court on April 18, 2007. Respondents have also volunteered to re-serve their answer on petitioner.

1

1 Accordingly, petitioner's motion for default judgment and sanctions will be denied. Petitioner's
2 traverse, if any, will be due within thirty days of the re-service of respondents' answer.
3        IT IS HEREBY ORDERED that:
4        1. Petitioner's May 15, 2007 motion for default judgment and sanctions is denied;
5 and
6        2. Petitioner shall file a traverse, if any, within thirty days of re-service of
7 respondents' answer.
8 DATED: May 18, 2007.

                                   /s/ Dale A. Drozd
                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE

DAD:9
badd0345.def